IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01505-CMA-MJW

THERESA L. KOSAK,

Plaintiff(s),

v.

CATHOLIC HEALTH INITIATIVE OF COLORADO,

Defendant(s).
_____
MINUTE  ORDER
_____

It is hereby ORDERED that the Unopposed Motion to Amend Complaint, Adding a Party Defendant and Dismissing Other Named Defendants Without Prejudice, DN 15, filed with the Court on November 12, 2008, is GRANTED and the Amended Complaint is accepted for filing as of the date of this order.

Date: November 19, 2008