IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01505-CMA-MJW

THERESA L. KOSAK, an individual

Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO,

Defendant.

---

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED ANSWER** ( D.N. #28 )

---

This matter having come before the Court upon Defendant's Motion for Leave to File Amended Answer, and the Court having reviewed the Motion and its file and being fully advised,

IT IS HEREBY ORDRED that the Motion is granted. The Clerk is hereby directed to file the Amended Answer of Defendant Catholic Health Initiatives Colorado, which is attached to the Motion for Leave to File Amended Answer. (*) That pursuant to Fed. R. Civ. P. 16(a)(2) justice Requires That Defendant be permitted to Amend its Answer For All of Those Reasons As Outlined In The subject motion (D.P. #28) That This Court incorporates by Reference. I further Find no prejudice to Plaintiff noting that no Trial Date is set.

BY THE COURT:

_/s/ Michael J. Watanabe_
U.S. District Court Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

4842-6468-9155.1